UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
Steven J. Richardson, Esq. (SR2697)
Law Offices of Steven J. Richardson, PC
40 Newton Ave.
Woodbury, New Jersey 08096
(856) 686-9910
Attorneys for Debtors

In Re:

Tara L. Huff & Carl E. Huff

Case No.: 17-29197

Judge: JNP

Chapter: 13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO
☒ CREDITOR'S MOTION or CERTIFICATION OF DEFAULT
☐ TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following (choose one):

1. ☒ Motion for Relief from the Automatic Stay filed by _____ Toyota Motor Credit Corporation _____, creditor,

A hearing has been scheduled for _____ March 6, 2018 _____, at __10:00__ a m.

OR

☐ Motion to Dismiss filed by the Standing Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____ m.

☐ Certification of Default filed by _____, creditor,

I am requesting a hearing be scheduled on this matter.

OR

☐ Certification of Default filed by Standing Chapter 13 Trustee

I am requesting a hearing be scheduled on this matter.

2. I am objecting to the above for the following reasons (**choose one**):

☑ Payments have been made in the amount of $ _____849.68_____, but have not been accounted for. Documentation in support is attached hereto.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):_____

☑ Other (**explain your answer**): Debtors made a payment by check #110 dated and mailed on October 19, 2017, which was never negotiated by the Movant.

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify under penalty of perjury that the foregoing is true and correct.

Date: _2-16-18_    _____
                    Debtor's Signature

Date: _2/16/18_    _____
                    Debtor's Signature

**NOTE:**

1. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor at least seven (7) days before the return date pursuant to D.N.J. LBR 9013-1(d), if filed in opposition to a *Motion for Relief from the Automatic Stay or Trustee's Motion to Dismiss.*

2. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor within ten (10) days of the filing of a *Creditor's Certification of Default* (under an *Order Resolving Motion to Vacate Stay and/or Dismiss with Conditions*) or a *Trustee's Certification of Default.*

**If this form is not filed the Motion or Certification of Default will be deemed uncontested and no hearing will be scheduled.**

*Local Form 23. rev.6/20/06.jml*



| Date | Description | Deposit | Withdrawal | Balance |
|------|-------------|---------|------------|---------|
| 01/23/2018 | TMCC CHECKPAYMT / SERIAL NUMBER: 0131 00000000296637237180119 ACH CONV CK | | $424.84 | |
| 12/19/2017 | Check #120: CHECK / CHECK | | $424.84 | |



**Fulton Bank of New Jersey**
Suite 250
533 Fellowship Rd.
Mt. Laurel, NJ 08054
fultonbanknj.com

Page 4 of 9
Statement Date: 01/16/18 through 02/14/18
Primary Account: XXXX7066

For information regarding your account,
please call customer service at 855.900.FBNJ.

## Account Statement

### Account Activity

| Date | Description | Deposits/Credits | Checks/Debits | Balance |
|---|---|---|---|---|
| 01/19 | POS PUR WAWA 961 4220 WAWA 961 LOGAN TOWNSHI NJ 058802 | | 30.00 | 2,411.63 |
| 01/19 | POS PUR SY8 DICK'S 4220 399 ALMONESSON RD DEPTFORD NJ 466515 | | 36.55 | 2,375.08 |
| 01/19 | POS PUR WM SUPERCE 4220 Wal-Mart Super Cent W DEPTFORD DR NJ 580755 | | 54.67 | 2,320.41 |
| 01/22 | DEPOSIT | 113.00 | | 2,433.41 |
| 01/22 | POS PUR #07943 ACM 4220 #07943 ACME LOGAN TOWNSHI NJ 150863 | | 9.11 | 2,424.30 |
| 01/22 | CHK CRD BURGER KIN 7494 BURGER KING #3346 PENNSVILLE NJ 080147 | | 9.57 | 2,414.73 |
| 01/22 | CHK CRD DUTCH TWIS 4220 DUTCH TWIST LLC MULLICA HILL NJ 019479 | | 9.80 | 2,404.93 |
| 01/22 | CHK CRD PIZZA HUT 4220 PIZZA HUT 029389 PENNSVILLE NJ 000001 | | 14.27 | 2,390.66 |
| 01/22 | CHK CRD WAWA 8332 4220 WAWA 8332   00083 PENNSVILLE NJ 021924 | | 30.00 | 2,360.66 |
| 01/22 | POS PUR #07995 ACM 4220 #07995 ACME PENNSVILLE NJ 849147 | | 68.06 | 2,292.60 |
| 01/22 | POS PUR TOBACCO EX 4220 TOBACCO EXPRESS #3 NEW CASTLE DE 125029 | | 68.59 | 2,224.01 |
| 01/23 | TMCC      CHECKPAYMT #131 SERIAL NUMBER: 0131 00000002966372371801119 | | 424.84 | 1,799.17 |
| 01/23 | CHECK #133 | | 12.00 | 1,787.17 |
| 01/24 | DEPOSIT | 582.04 | | 2,369.21 |
| 01/25 | COUNTY OF SALEM  PAYROLL HUFF,CARL E J9F000000100810 | 1,414.57 | | 3,783.78 |
| 01/25 | CHK CRD CICONTES I 4220 CICONTES ITALIA PIZ SWEDESBORO NJ 099137 | | 20.56 | 3,763.22 |
| 01/25 | CHK CRD COASTAL MA 4220 COASTAL MART DEEPWATER NJ 013290 | | 30.00 | 3,733.22 |
| 01/25 | POS PUR WAL-MART # 4220 | | 94.97 | 3,638.25 |

DEPSTMT
Rev. 11 01 2017      Fulton Bank of New Jersey. Member FDIC. Member of the Fulton Financial Family.