|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2C<br><br>Rob Saltzman, Esquire<br>Pluese, Becker & Saltzman, LLC<br>RS1765<br>20000 Horizon Way, Suite 900<br>Mount Laurel, NJ 08054-4318<br>(856) 813-1700<br>Attorneys' for the Mortgagee<br>File No. 094013B | Order Filed on December 10, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In Re:<br><br>Tara Lynn Huff<br>Carl Edward Huff, Jr. | Case No.: 17-29197-JNP<br><br>Hearing Date: November 20, 2018<br><br>Judge: Jerold N. Poslusny, Jr.<br><br>Chapter 13 |

| Recommended Local Form | ☒ Followed | __ Modified |

# ORDER RESOLVING MOTION TO VACATE STAY
# AND/OR MOTION TO DISMISS
# WITH CONDITIONS

The relief set forth on the followi

**DATED: December 10, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Applicant: | Aurora Financial Group |
| Applicant's Counsel: | Rob Saltzman, Esquire |
| Debtor's Counsel: | Steven J. Richardson, Esquire |
| Property Involved ("Collateral"): | 18 N Railroad Avenue, Oldmans Twp., NJ 08067 |
| Relief Sought: | ☒ Motion for Relief From the Automatic Stay |

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Status of post-Petition arrearages:
    - ☒ The Debtor is overdue for two months, from October 1, 2018 to November 1, 2018.
    - ☒ The Debtor is overdue for one payment at $823.56 per month.
    - ☒ The Debtor is overdue for one payment at $813.57 per month.
    - ☒ Less suspense balance of $793.59.
    
    Total Arrearages Due $843.54.

2. Debtor must cure all post-Petition arrearages as follows:
    - ☒ Immediate payment shall be made in the amount of $843.54.  Payment shall be made no later than December 15, 2018.
    - ☒ Beginning on December 1, 2018, regular monthly mortgage payments shall continue to be made in the amount of $813.57.

3. Payments to the Secured Creditor shall be made to the following address(es):
    - ☒ Immediate payment and Regular monthly payments:
        
        Freedom Mortgage Corporation
        Attention: Cash Management
        10500 Kincaid Drive
        Fishers, IN 46037

4. In the event of Default:
    - ☒ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of

the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor and the Debtor's attorney.

5. Award of Attorney's Fees:

☒ The Applicant is awarded attorneys fees of $350.00, and costs of $181.00.

The fees and costs are payable:

☒ through the Chapter 13 Plan.