UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2C

Rob Saltzman, Esquire
Pluese, Becker & Saltzman, LLC
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
(856) 813-1700
Attorneys' for the Mortgagee
File No. 094013B

In Re:

Tara Lynn Huff
Carl Edward Huff, Jr.

**Order Filed on December 10, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey**

Case No.: 17-29197-JNP

Hearing Date: November 20, 2018

Judge: Jerold N. Poslusny, Jr.

Chapter 13

| Recommended Local Form | ☒ Followed | __ Modified |

**ORDER RESOLVING MOTION TO VACATE STAY
AND/OR MOTION TO DISMISS
WITH CONDITIONS**

The relief set forth on the followi

**DATED: December 10, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Applicant: | Aurora Financial Group |
| Applicant's Counsel: | Rob Saltzman, Esquire |
| Debtor's Counsel: | Steven J. Richardson, Esquire |
| Property Involved ("Collateral"): | 18 N Railroad Avenue, Oldmans Twp., NJ 08067 |
| Relief Sought: | ☒ Motion for Relief From the Automatic Stay |

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Status of post-Petition arrearages:
    - ☒ The Debtor is overdue for two months, from October 1, 2018 to November 1, 2018.
    - ☒ The Debtor is overdue for one payment at $823.56 per month.
    - ☒ The Debtor is overdue for one payment at $813.57 per month.
    - ☒ Less suspense balance of $793.59.
    
    Total Arrearages Due $843.54.

2. Debtor must cure all post-Petition arrearages as follows:
    - ☒ Immediate payment shall be made in the amount of $843.54. Payment shall be made no later than December 15, 2018.
    - ☒ Beginning on December 1, 2018, regular monthly mortgage payments shall continue to be made in the amount of $813.57.

3. Payments to the Secured Creditor shall be made to the following address(es):
    - ☒ Immediate payment and Regular monthly payments:

        Freedom Mortgage Corporation
        Attention: Cash Management
        10500 Kincaid Drive
        Fishers, IN 46037

4. In the event of Default:
    - ☒ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of

the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor and the Debtor's attorney.

5.     Award of Attorney's Fees:

    ☒ The Applicant is awarded attorneys fees of $350.00, and costs of $181.00.

    The fees and costs are payable:

    ☒ through the Chapter 13 Plan.

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-29197-JNP
Tara Lynn Huff                                                  Chapter 13
Carl Edward Huff, Jr.
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin            Page 1 of 1            Date Rcvd: Dec 10, 2018
                              Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 12, 2018.
db/jdb         +Tara Lynn Huff,   Carl Edward Huff, Jr.,   18 North Railroad Avenue,
                Pedricktown, NJ 08067-3524

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 10, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Melissa N. Licker    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION
               NJ_ECF_Notices@McCalla.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Robert P. Saltzman    on behalf of Creditor    Aurora Financial Group, c/o Freedom Mortgage
               Corporation dnj@pbslaw.org
              Robert P. Saltzman    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION dnj@pbslaw.org
              Steven J. Richardson    on behalf of Debtor Tara Lynn Huff ecf@richardsonlawoffices.com
              Steven J. Richardson    on behalf of Joint Debtor Carl Edward Huff, Jr.
               ecf@richardsonlawoffices.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 10