UNITED STATES BANKRUPTCY
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Steven J. Richardson, Esq. (SR2697)
Law Offices of Steven J. Richardson, PC
40 Newton Ave.
Woodbury, New Jersey  08096
(856) 686-9910
Attorneys for Debtors

Order Filed on December 26,
2018 by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

Tara Lynn Huff & Carl Edward Huff, Jr.

Case No.: 17-29197

Chapter: 13

Hearing Date:

Judge: JNP

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through ___2___ is hereby **ORDERED**.

DATED: December 26, 2018

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Steven J. Richardson, Esq._____, the applicant, is allowed a fee of $ _____400_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____400_____ . The allowance shall be payable:

☑ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $____609.66____ per month for ____46____ months to allow for payment of the aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:
Tara Lynn Huff
Carl Edward Huff, Jr.
    Debtors

Case No. 17-29197-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Dec 26, 2018
Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 28, 2018.
db/jdb    +Tara Lynn Huff,    Carl Edward Huff, Jr.,    18 North Railroad Avenue,    Pedricktown, NJ 08067-3524

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    \*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\*
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2018      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 26, 2018 at the address(es) listed below:

    Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
    Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
    Melissa N. Licker    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION NJ_ECF_Notices@McCalla.com
    Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation rsolarz@kmllawgroup.com
    Robert P. Saltzman    on behalf of Creditor    Aurora Financial Group, c/o Freedom Mortgage Corporation dnj@pbslaw.org
    Robert P. Saltzman    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION dnj@pbslaw.org
    Steven J. Richardson    on behalf of Debtor Tara Lynn Huff ecf@richardsonlawoffices.com
    Steven J. Richardson    on behalf of Joint Debtor Carl Edward Huff, Jr. ecf@richardsonlawoffices.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
    TOTAL: 10