**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Steven J. Richardson, Esq. (SR2697)
Law Offices of Steven J. Richardson, PC
40 Newton Ave.
Woodbury, New Jersey  08096
(856) 686-9910
Attorneys for Debtors

| | |
|---|---|
| In Re:<br><br>Carl E. Huff, Jr. and Tara L. Huff | Case No.: _____17-29197_____<br><br>Judge: _____JNP_____<br><br>Chapter:        13 |

### CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (**choose one**):

1.　　　☐  Motion for Relief from the Automatic Stay filed by _____ ,
creditor,

A hearing has been scheduled for _____, at _____ .

☐  Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____ .

☒  Certification of Default filed by ____Aurora Financial Group, Inc.____ ,

I am requesting a hearing be scheduled on this matter.

2.　　　I oppose the above matter for the following reasons (**choose one**):

☐  Payments have been made in the amount of $ _____ , but have not
been accounted for.  Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes
repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
Debtors made an online payment on March 25, 2020, in the amount of $856.42
(Conf. #3007889). They propose to pay an additional $200 per month
commencing April 2020, until the mortgage is brought current postpetition.

3.    This certification is being made in an effort to resolve the issues raised in the certification
of default or motion.

4.    I certify under penalty of perjury that the above is true.

Date: _3/26/2020_                    _____
                                     Debtor's Signature

Date: _3/26/202 0_                   _____
                                     Debtor's Signature

**NOTES:**

1.    Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
Dismiss.

2.    Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
Default.

*rev.8/1/15*