**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Tara Lynn Huff<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–4284<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Carl Edward Huff Jr.<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–4469<br>EIN  __–_____ |

United States Bankruptcy Court  District of New Jersey

Case number: 17–29197–JNP

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Tara Lynn Huff                         Carl Edward Huff Jr.

<u>11/4/22</u>                          **By the court:** <u>Jerrold N. Poslusny Jr.</u>
                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-29197-JNP |
| Tara Lynn Huff | Chapter 13 |
| Carl Edward Huff, Jr. | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 04, 2022 | Form ID: 3180W | Total Noticed: 30 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Tara Lynn Huff, Carl Edward Huff, Jr., 18 North Railroad Avenue, Pedricktown, NJ 08067-3524 |
| cr | + | AURORA FINANCIAL GROUP, INC, Phelan Hallinan &Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | FLAGSTAR BANK, FSB, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 517243916 | + | Captial One Bank (USA), NA, Cabela's Visa, 4515 N Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 517079684 | + | Pennsville National Bank, 170 South Broadway, PO Box 345, Pennsville, NJ 08070-0345 |
| 517079685 | + | South Jersey Gas, PO Box 6091, Bellmawr, NJ 08099-6091 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 04 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 04 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Nov 04 2022 20:40:00 | Aurora Financial Group, c/o Freedom Mortgage Corpo, ATTN: BK Department, 10500 Kincaid Drive, Fishers, IN 46037-9749 |
| 517079675 | + | EDI: CAPITALONE.COM | Nov 05 2022 00:33:00 | Cabelas Club Visa, PO Box 82608, Lincoln, NE 68501-2608 |
| 517079677 | + | EDI: WFNNB.COM | Nov 05 2022 00:33:00 | Comenity Capital Bank (Boscov's), Bankruptcy Department, PO Box 183043, Columbus, OH 43218-3043 |
| 517079679 | | EDI: DISCOVER.COM | Nov 05 2022 00:33:00 | Discover Financial Services, PO Box 30954, Salt Lake City, UT 84130 |
| 517094347 | | EDI: DISCOVER.COM | Nov 05 2022 00:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517079678 | + | EDI: DISCOVER.COM | Nov 05 2022 00:33:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 517110996 | + | EDI: DISCOVERPL | Nov 05 2022 00:38:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 518193653 | | Email/Text: cashiering-administrationservices@flagstar.com | Nov 04 2022 20:41:00 | FLAGSTAR BANK, 5151 CORPORATE DRIVE, TROY, MI 48098-2639 |
| 518193654 | | Email/Text: cashiering-administrationservices@flagstar.com | Nov 04 2022 20:41:00 | FLAGSTAR BANK, 5151 CORPORATE DRIVE, TROY, MI 48098-2639, FLAGSTAR BANK, 5151 CORPORATE DRIVE, TROY, MI 48098-2639 |
| 517079680 | + | Email/Text: bncnotifications@pheaa.org | Nov 04 2022 20:40:00 | FedLoan Servicing, PO Box 69184, Harrisburg, PA 17106-9184 |
| 517079681 | | Email/Text: Bankruptcy@Freedommortgage.com | | |

Case 17-29197-JNP    Doc 61    Filed 11/06/22    Entered 11/06/22 23:14:02    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 04, 2022 | Form ID: 3180W | Total Noticed: 30 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 04 2022 20:40:00 | Freedom Mortgage, Po Box 50428, Indianapolis, IN 46250-0401 |
| 517079682 | + | EDI: IRS.COM | Nov 05 2022 00:33:00 | IRS, Specal Procedures, Bankruptcy Section, P O Box 7346, Philadelphia, PA 19101-7346 |
| 517079676 | | EDI: JPMORGANCHASE | Nov 05 2022 00:33:00 | Chase Credit Card (Disney Rewards), PO Box 15298, Wilmington, DE 19850-5919 |
| 517272335 | | EDI: Q3G.COM | Nov 05 2022 00:38:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517079683 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 04 2022 20:40:00 | NJ Div. of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 517082117 | + | EDI: RMSC.COM | Nov 05 2022 00:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517079686 | + | EDI: RMSC.COM | Nov 05 2022 00:33:00 | Synchrony Bank (JC Penney), Attention: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 517079687 | + | EDI: RMSC.COM | Nov 05 2022 00:33:00 | Synchrony Bank (Mattress Warehouse), Attention: Bankruptcy Department, PO Box 965061, Orlando, FL 32896-5061 |
| 517079688 | + | EDI: RMSC.COM | Nov 05 2022 00:33:00 | Synchrony Bank (Old Navy), Attention: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 517079689 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Nov 04 2022 20:40:00 | Toyota Financial Services, PO Box 8026, Cedar Rapids, IA 52409 |
| 517211677 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Nov 04 2022 20:40:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517124773 | | Email/Text: bncnotifications@pheaa.org | Nov 04 2022 20:40:00 | U.S.Department of Education, C/O FedLoan Servicing, P.O.Box 69184, Harrisburg PA 17106-9184 |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2022         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2022 at the address(es) listed below:**

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 04, 2022 | Form ID: 3180W | Total Noticed: 30 |

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor AURORA FINANCIAL GROUP  INC dmcdonough@flwlaw.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Melissa N. Licker | on behalf of Creditor FREEDOM MORTGAGE CORPORATION mlicker@hillwallack.com HWBKnewyork@ecf.courtdrive.com |
| Nicholas V. Rogers | on behalf of Creditor FLAGSTAR BANK  FSB nj.bkecf@fedphe.com |
| Robert P. Saltzman | on behalf of Creditor FREEDOM MORTGAGE CORPORATION dnj@pbslaw.org |
| Robert P. Saltzman | on behalf of Creditor Aurora Financial Group  c/o Freedom Mortgage Corporation dnj@pbslaw.org |
| Steven J. Richardson | on behalf of Joint Debtor Carl Edward Huff  Jr. ecf@richardsonlawoffices.com, 8505@notices.nextchapterbk.com |
| Steven J. Richardson | on behalf of Debtor Tara Lynn Huff ecf@richardsonlawoffices.com  8505@notices.nextchapterbk.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11